# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELVIN K. WILLIAMS, JR. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18- |
| U.S. DEP'T OF AGRICULTURE, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, the United States Department of Agriculture, through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442 and 1446. In support of this notice, the Defendant states as follows:

1. Plaintiff, who is *pro* se, filed this action in D.C. Superior Court against the United States Department of Agriculture, a federal agency, seeking review of a Final Agency Decision denying his claims of discrimination and harassment based on physical disability, mental disability, and reprisal.[1] *See* Complaint (Ex. A hereto). The case is captioned *Melvin K. Williams v. Sonny Perdue, Secretary, Department of Agriculture*, 2018 CA 002722 P(MPA).

2. The above-titled action was filed on or around April 20, 2018, and the U.S. Attorney's Office received a copy of the complaint on May 2, 2018.

3. Plaintiff's claims are ones for which the District Court would have original jurisdiction, because the suit was filed against a federal defendant and alleges violation of federal

---

[1] Although the Superior Court case is captioned *Williams v. U.S. Dep't of Agriculture*, plaintiff's Petition for Review of Agency Decision lists as respondent Sonny Perdue, the Secretary of the Department of Agriculture, and also lists as defendants eight individuals, all apparently federal employees, who appear to be sued in their official capacities.

law, specifically the Rehabilitation Act of 1973, 29 U.S.C. § 791, et seq. *See* Final Administrative Decision (Ex. B hereto).  Because the case was filed in the Superior Court of the District of Columbia, it should be removed to federal court.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442 and 1446.

Dated: May 17, 2018

Respectfully submitted,

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar # 924092
Chief, Civil Division


__/s/____*Damon Taaffe*_____
DAMON TAAFFE, D.C. Bar # 483874
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2544
Damon.Taaffe@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on May 17, 2018, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served by first class mail upon:

Melvin K. Williams
7101 Silverton Ct.
District Heights, MD, 20747

                                                         /s/   *Damon Taaffe*
                                                 DAMON TAAFFE
                                                 Assistant United States Attorney
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 252-2544
                                                 Damon.Taaffe@usdoj.gov