# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**MELVIN K. WILLIAMS**,

    Plaintiff,

v.

**SONNY PERDUE**, in his official capacity as Secretary, United States Department of Agriculture, *et al.*,

    Defendants.

Case No. 1:18-cv-01157 (TNM)

## ORDER

On May 24, 2018, the Defendants moved to dismiss all claims against Annette R. James, Kirk Spencer, David Najafi, and Beverly C. Howard (the "individually named Defendants"). Under Local Civil Rule 7(b), a plaintiff appearing before this Court has 14 days to oppose such motions unless the Court directs otherwise. Here, because the Plaintiff is proceeding pro se, the Court gave him additional time and directed him to respond by July 16, 2018. *See* ECF No.7, 1. The Court warned that a failure to respond by that date "may result in the district court granting the motion and dismissing the case." *Id*. (citing *Fox v. Strickland*, 837 F. 2d 507, 509 (D.C. Cir. 1988)). Because Plaintiff has not responded to the Defendants' motion, it is GRANTED as conceded under Local Civil Rule 7(b).

Accordingly, it is hereby

**ORDERED** that the Plaintiff's claims against the individually named Defendants are DISMISSED; and it is further

**ORDERED** that the Defendants shall answer or otherwise respond to Plaintiff's claims against Secretary Perdue, in his official capacity as Secretary of the U.S. Department of Agriculture, which remain unaffected by this Order.

**SO ORDERED.**

Dated: September 5, 2018

TREVOR N. MCFADDEN
United States District Judge